457 A.2d 858

**COMMONWEALTH of Pennsylvania**

v.

**John W. BOYD, Jr., Petitioner.**

**No. 244 E.D. Allocatur Docket, 1982.**

Supreme Court of Pennsylvania.

April 4, 1983.

ORDER

PER CURIAM:

Petition for allowance of appeal granted. Order of the Superior Court, 298 Pa.Super. 615, 443 A.2d 401, vacated and

case remanded for consideration in light of *Commonwealth v. Sorrell,* 500 Pa. 355, 456 A.2d 1326 (1982, reargument denied, March 11, 1983).

NIX, McDERMOTT, and HUTCHINSON, JJ., dissent.